02D03-2507-CT-000456
Allen Superior Court 3

USDC IN/ND case 1:25-cv-00413-HAB-ALT   document 3-1   filed 07/15/25   page 1 of 8

Filed: 7/15/2025 2:28 PM
Clerk
Allen County, Indiana
BB





116 E. Berry Street, Suite 300
Fort Wayne, IN 46802
(260) 408-6818
www.closehitchcock.com

Jennifer L. Hitchcock, Attorney
Jennifer@CloseHitchcock.com
Lori K. Kolb, Paralegal
Lori@CloseHitchcock.com
(260) 408-6818

March 6, 2025

Fort Wayne Police Department
Attn: Scott Caudill, Chief
1 E. Main Street, Suite 108
Fort Wayne, IN 46802

City of Fort Wayne
Attn: Sharon Tucker, Mayor
200 E. Berry Street, Suite 470
Fort Wayne, IN 46802

## TORT CLAIM NOTICE

*Re: The Estate of Patricia Hepworth v. City of Fort Wayne, et. al.*

To Whom it May Concern,

My law firm represents Dana Hepworth-Wilson in the above dispute, which arises from the wrongful death of his mother, Patricia Hepworth on Wednesday, January 8, 2025. This is your notice of tort claim for her wrongful death. This letter also serves as your notice to place a litigation hold on any electronic communications, documentation, and/or body camera footage, or camera footage concerning this matter.

### Circumstances of Loss:

The Claimant, Dana Hepworth-Wilson, is the son of the deceased Patricia Hepworth. On Wednesday, January 8, 2025, Officer Carrier and/or Officer Mugersingo shot and killed Ms. Hepworth at her home in Fort Wayne, Indiana.



EXHIBIT # A

Ms. Hepworth took no action at the time Respondent Officers discharged their firearms, or leading to the discharge of their firearms, that would lead a reasonable officer to believe the use of deadly force was necessary in the situation.

In the alternative, Respondent Carrier shot and killed Ms. Hepworth in her home while Respondents Mugersingo and Officer Begals failed to intervene in Respondent Carrier's actions, despite having a meaningful opportunity to do so and despite knowing a reasonable officer would understand Respondent carrier's actions to be unlawful and unconstitutional.

Respondent Officers were employees of Respondent City of Fort Wayne at all times relevant to this Notice and acted within scope of their employment and under color of law.

Wherefore, Claimant contends Respondents subjected Ms. Hepworth to unreasonable and unlawful force in violation of the Fourth Amendment to the United States Constitution and laws and public policies of the State of Indiana and were all and each liable for her untimely and wrongful death.

**Extent of the Loss:**

Because of the Respondents' wrongdoings, Ms. Hepworth suffered physical pain, injury, emotional distress, mental anguish, untimely and wrongful death, and other damages and injuries. Ms. Hepworth's children suffered damages including funeral, burial expenses, loss of love and companionship, emotional distress, and other damages and injuries.

**Time Date and Location of Incident (if known):**

The Claimant's losses occurred on Wednesday, January 8, 2025, at the Parkview Studios, located at 3501 Harris Road, Fort Wayne, IN 46808.

**Names of All Persons Involved (if known):**

Officer Begals
Officer Carrier
Officer Mugersingo
Members of the Fort Wayne SWAT Team/Emergency Services Team/Crisis Response Team/Air Support Unit
All unknown John/Jane Doe Officers
Unknown Parole Officer
Allen County Coroner
Unknown Indiana State Police Officers
Unknown Allen County Sheriff Deputies
Kole Alcox, Property Manager at Parkview Studios

## Amount of Damages Sought:

Claimant understands there is a cap in Indiana on the amount of compensation that can be recovered on a state tort claim. Claimant seeks an amount within this cap and/or whatever a judge and jury would find reasonable. Claimant also seeks additional damages available under federal law.

## Claimant's Residence at the Time of Loss and at the Time of this Tort Claim Notice:

Both at the times of the incidents, and presently, Claimant's address is 5330 Goshen Road, Lot 209, Fort Wayne, Indiana 46818.

Respectfully,

Jennifer L. Hitchcock

| STATE OF INDIANA | ) | | IN THE ALLEN SUPERIOR COURT |
|---|---|---|---|
| | ) | SS: | PROBATE DIVISION |
| COUNTY OF ALLEN | ) | | CAUSE NO._____ |

IN RE: THE ESTATE OF,       )
PATRICIA HEPWORTH,       )

## PETITION FOR APPOINTMENT OF PERSONAL REPRESENTATIVE

Petitioner, Dana Hepworth-Wilson, by counsel, alleges against the Defendant as follows:

a) Appointing the personal representative of the decedent's estate,

b) Directing the issuance of appropriate Letters, and

c) Authorizing the personal representative to administer the decedent's estate as an unsupervised estate,

by stating:

1. Decedent, PATRICIA HEPWORTH, **an adult** died **intestate** on the 8th day of January 2025.

At the time of death, decedent was domiciled in Allen County, Indiana.

2. The name, age category, relationship to the decedent, and address of each known heir, devisee, legatee and known creditor of the decedent:

| NAME | ADULT/MINOR | RELATIONSHIP | ADDRESS |
|---|---|---|---|
| Dana Hepworth-Wilson | Adult | Child | 5330 Goshen Rd., Lot 209, Ft. Wayne, IN 46818 |
| Joshua Hepworth | Adult | Child | 305 S. Adams Street, Hebron, IN 46341 |
| Emily Scheiwe | Adult | Child | 1622 Magnolia Lane, Ft. Wayne, IN 46825 |

3. The probable value of decedent's property remaining is believed to be de minimus.

4. The name and place of residence of the personal representative whose appointment is

1



EXHIBIT # B

sought by this petition: 5330 Goshen Road, Lot 209, Fort Wayne, IN 46818.

and is entitled to be appointed because: He is the decedent's son and heir. [*See* Ind. Code 29-1-10-1].

5. The name and business address of counsel who will represent the personal representative of decedent's estate:

Jennifer L. Hitchcock, #34635-02
CLOSE HITCHCOCK, LLC
116 E. Berry Street, Suite 300
Fort Wayne, IN 46802
Telephone: (260) 408-6818
Facsimile: (260) 498-2655
E-Mail:    jennifer@closehitchcock.com

6. Petitioner is informed and so believes this estate to be, in fact, solvent.

7. The personal representative is qualified to administer the estate without Court supervision.

8. The sole purpose for opening this wrongful death estate is to pursue legal action against the City of Fort Wayne, Officer Begals, Officer Carrier, and Officer Mugersingo, and Jane/John Does for claims related to the unlawful killing of decedent on January 8, 2025, and related harms. The Estate intends to bring claims for wrongful death, common law torts including battery, assault, and negligence, and violations of the Fourth, Second, and Fourteenth Amendments to the United States Constitution pursuant to Ind. Code § 34-23-1-1 and 42 U.S.C. § 1983.

I affirm, under the penalties for perjury, that
the forgoing representations are true

*[signature]*
Petitioner, Dana Hepworth-Wilson

| STATE OF INDIANA | ) | | IN THE ALLEN SUPERIOR COURT |
|---|---|---|---|
| | ) | SS: | PROBATE DIVISION |
| COUNTY OF ALLEN | ) | | CAUSE NO._____ |

IN RE: THE ESTATE OF,        )
PATRICIA HEPWORTH,       )

## PERSONAL REPRESENTATIVE'S LETTERS

This is to certify that the Probate Judge of the Allen Superior Court, Allen County, Indiana has this day granted to:

DANA HEPWORTH-WILSON

The authority to administer the estate of

PATRICIA HEPWORTH

Who died intestate, as a wrongful death estate, according to the law.

WITNESS my hand and seal of said Court, This  14th   day of _____May_____, 2025.

Date:  5/14/2025

*Christopher M. Nancarrow*
Clerk, Allen Superior Court      HK

1

(SEAL - ALLEN COUNTY CLERK INDIANA)

HK

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | ) SS: | PROBATE DIVISION |
| COUNTY OF ALLEN | ) | CAUSE NO. 02D02-2503-EU-000176 |

IN RE: THE ESTATE OF,  )
PATRICIA HEPWORTH,  )

## PERSONAL REPRESENTATIVE'S OATH

I, Dana Hepworth-Wilson, accept my appointment as personal representative of the estate

of

PATRICIA HEPWORTH

and affirm under the penalties for perjury that I will faithfully discharge the duties of my trust

according to the law.

Date: 05/12/2025

_____
Personal Representative Signed Name

Dana Hepworth-Wilson
Printed Name

Lori Kay Kolb
Notary Public Seal State of Indiana
Allen County
Commission Number NP0694500
My Commission Expires 12/20/2032

My Commission Expires: 12/20/2032
Resident of __Allen__ County

_____
Lori K. Kolb, Notary Public

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | ) SS: | PROBATE DIVISION |
| COUNTY OF ALLEN | ) | CAUSE NO._____ |

IN RE: THE ESTATE OF,           )
PATRICIA HEPWORTH,          )

## ORDER APPOINTING PERSONAL REPRESENTATIVE

Petition for Appointment of Personal Representative is approved. The Court orders the appointment of DANA HEPWORTH-WILSON as Personal Representative to administer the wrongful death estate of PATRICIA HEPWORTH, who died intestate, as an unsupervised estate. For the sole purpose of pursuing a wrongful death claim.

The Clerk is directed to issue Letters to the Personal Representative upon the filing of an oath.

Date: __3/31/2025__

_____
Judge, Allen Superior Probate Court

1